# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 5, 2019

## NO. 03-17-00776-CV

**Janice Su Allen, Individually and as Trustee of the Eagle Pass Living Trust, Appellant**

**v.**

**James Irwin, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on October 19, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.